JANE MAX ET AL., INFANTS, ETC., RESPONDENTS, v. R. ROBERT MAX, APPELLANT.

Submitted May 31, 1940—Decided October 10, 1940.

For the respondents, *Collins & Corbin*.

For the appellant, *Townsend & Doyle*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, PERSKIE, DEAR, WOLFSKEIL, RAFFERTY, JJ. 7.

*For reversal*—CASE, HEHER, WELLS, HAGUE, JJ. 4.